# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SANCHEZ, ) | 1:10-CV-00809 AWI SMS HC |
| Petitioner, ) | |
| v. ) | ORDER DISMISSING PETITIONER'S APPLICATION FOR CERTIFICATE OF APPEALABILITY |
| MIKE D. MCDONALD, Warden, ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 24, 2010, Petitioner filed a motion for a certificate of appealability. However, no final order has been entered in this case and the petition is pending review on the merits.

Accordingly, Petitioner's motion for certificate of appealability is DISMISSED with leave to renew once a decision on the merits is rendered by the Court.

IT IS SO ORDERED.

Dated:   January 7, 2011

CHIEF UNITED STATES DISTRICT JUDGE